# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**RONALD SATISH EMRIT,**

    *Plaintiff,*

**v.**                                **Case No.: 1:22cv281-MW/ZCB**

**FORT LAUDERDALE POLICE
DEPARTMENT, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for lack of venue." The Clerk shall close the file.

**SO ORDERED on January 20, 2023.**

                            **s/Mark E. Walker**_____
                            **Chief United States District Judge**